**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| KENNETH SPENCE, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:19-CV-00666-RWS-KPJ |
| | § | |
| v. | § | |
| | § | |
| SGT FNU LAKE, ET AL., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, which recommends dismissal based upon Plaintiff's notice of voluntary dismissal. Docket No. 8. No party objected to that Report. The Court hereby **ADOPTS** the Magistrate Judge's Report. It is therefore

**ORDERED** that the above-titled action is **DISMISSED WITHOUT PREJUDICE.** All relief not previously granted is **DENIED AS MOOT.** Each party is to bear its own costs.

**So ORDERED and SIGNED this 14th day of January, 2020.**


ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE